**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Efrain RAMIREZ–RAMIREZ, Defendant—Appellant.**

No. 03–50061.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted July 11, 2005.*

Filed July 15, 2005.

John D. Kirby, Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff—Appellee.

Lewis C. Muller, National City, CA, for Defendant—Appellant.

Before SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

MEMORANDUM **

Efrain Ramirez–Ramirez appeals the 168–month sentence imposed following his guilty plea conviction for conspiracy to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction pursuant to 18 U.S.C. § 3742.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.